


IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No. 4:20CR 00322 SWW |
| | ) | |
| vs. | ) | 18 U.S.C. §922(g)(1) |
| | ) | 18 U.S.C. §924(c)(1)(A) |
| THOMAS THORNTON | ) | 21 U.S.C. §841(a)(1) |
| | ) | 21 U.S.C. §841(b)(1)(C) |

## INDICTMENT

THE GRAND JURY CHARGES THAT:

### COUNT 1

A.   On or about April 8, 2020, the defendant,

THOMAS THORNTON,

had previously and knowingly been convicted of one or more of the following crimes punishable by a term of imprisonment exceeding one year:

1. Possession of a Controlled Substance with Intent to Deliver, in Pulaski County, Arkansas, Circuit Court in Case Number 60 CR 2000-1615;

2. Theft by Receiving, Fleeing, Forgery, and Criminal Mischief, in Pulaski County, Arkansas, Circuit Court in Case Number 60 CR 2000-2557;

3. Possession of a Controlled Substance, in Pulaski County, Arkansas, Circuit Court in Case Number 60 CR 2004-1461;

4. Simultaneous Possession of Drugs and Firearms, Possession of a Controlled Substance, and Possession of Firearms by a Felon, in Pulaski County, Arkansas, Circuit Court in Case Number 60 CR 2006-4531;

5. Simultaneous Possession of Drugs and Firearms, Two counts of

        Possession of a Controlled Substance with Intent to Deliver, and Possession of Firearms by a Felon, in Pulaski County, Arkansas, Circuit Court in Case Number 60 CR 2007-1718;

6. Possession of Firearms by a Felon, in Pulaski County, Arkansas, Circuit Court in Case Number 60 CR 2007-2186;

7. Two counts of Possession of a Controlled Substance with Intent to Deliver, in Pulaski County, Arkansas, Circuit Court in Case Number 60 CR 2007-4686;

8. Robbery, in Pulaski County, Arkansas, Circuit Court in Case Number 60 CR 2007-4810;

9. Possession of a Controlled Substance with Intent to Deliver, Possession of Drug Paraphernalia, and Maintaining a Drug Premises, in Pulaski County, Arkansas, Circuit Court in Case Number 60 CR 2013-2634; and

10. Residential Burglary and Theft of Property, in Pulaski County, Arkansas, Circuit Court in Case Number 60 CR 2013-3809.

B. On or about April 8, 2020, in the Eastern District of Arkansas, the defendant,

THOMAS THORNTON,

knowingly possessed, in and affecting commerce, a firearm, that is: a Glock, Model 22, .40 caliber firearm, bearing serial number BDWD913, in violation of Title 18, United States Code, Section 922(g)(1).

## COUNT 2

On or about April 8, 2020, in the Eastern District of Arkansas, the defendant,

THOMAS THORNTON,

2

knowingly and intentionally possessed with intent to distribute less than fifty (50) grams of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## COUNT 3

On or about April 8, 2020, in the Eastern District of Arkansas, the defendant,

THOMAS THORNTON,

knowingly and intentionally possessed a firearm, that is: a Glock, Model 22, .40 caliber firearm, bearing serial number BDWD913, in furtherance of a drug trafficking crime for which the defendant may be prosecuted in a court of the United States, that is: violation of Title 21, United States Code, Section 841(a)(1) as set forth in Count 2 of this Indictment, in violation of Title 18, United States Code, Section 924(c)(1)(A).

## FORFEITURE ALLEGATION 1

Upon conviction of Count 2 of this Indictment, the defendant, THOMAS THORNTON, shall forfeit to the United States, under Title 21, United States Code, Section 853(a)(1), all property constituting, or derived from, any proceeds the person obtained, directly or indirectly, as a result of the offense.

## FORFEITURE ALLEGATION 2

Upon conviction of Count 2 of this Indictment, the defendant, THOMAS THORNTON, shall forfeit to the United States, under Title 21, United States Code, Section 853(a)(2), all of the

person's property used or intended to be used, in any manner or part, to commit, or to facilitate the commission of the offense.

### FORFEITURE ALLEGATION 3

Upon conviction of the offense alleged in Count 1, 2, or 3 of this Indictment, the defendant, THOMAS THORNTON, shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d), Title 21, United States Code, Section 853, and Title 28, United States Code, Section 2461(c), all firearms and ammunition involved in the commission of the offense.

[End of text. Signature page attached.]