IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

UNITED STATES OF AMERICA                                                              PLAINTIFF

V.                          CASE NO. 4:20-CR-00322-SWW-1

THOMAS THORNTON                                                                       DEFENDANT

## ORDER

The Clerk of the Court is directed to unseal the Indictment in this case.

SO ORDERED this 4th day of January 2021.

_____
UNITED STATES MAGISTRATE JUDGE