FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

JAN 11 2021

JAMES W. McCORMACK, CLERK
By: _____ DEP CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

UNITED STATES OF AMERICA ) PLAINTIFF
)
)
vs. ) CASE NO.   4:20CR00322 SWW
)
)
THOMAS THORNTON ) DEFENDANT

## ORDER APPOINTING COUNSEL

Based upon the completed Affidavit or testimony of Defendant, THOMAS THORNTON, concerning his financial ability to employ counsel, the Court finds as follows:

__✓__   Defendant is entitled to counsel, but cannot afford to hire a private lawyer; so the Federal Public Defender is appointed to represent Defendant in all further proceedings herein;   OR

_____   Defendant is eligible for appointment of counsel, but has income or assets in excess of that needed for support; therefore the Federal Public Defender is appointed herein, but Defendant shall reimburse the Government for the cost of providing representation, commensurate with Defendant's ability to pay as directed by further order of the Court;   OR

_____   Defendant is not eligible for appointment of counsel under 18 U.S.C. § 3006A, but he is entitled to an immediate hearing and it is in the interest of justice that Defendant be afforded the assistance of counsel; so the Federal Public Defender is temporarily appointed for that purpose.

The Court notes the appearance of Tamera Deaver, Assistant Federal Public Defender Office to represent Defendant.

Dated this 11th day of January, 2021.

_____
UNITED STATES MAGISTRATE JUDGE

cc:   Federal Public Defender
      Clerk (file)
      U.S. Attorney
      Defendant