FILED
U. S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

JAN 11 2021

JAMES W. McCORMACK, CLERK
By:_____ DEP CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | PLAINTIFF |
| | ) | |
| v. | ) No. 4:20-cr-322-SWW | |
| | ) | |
| Thomas Thornton | ) | DEFENDANT |

## WAIVER OF PERSONAL APPEARANCE AT ARRAIGNMENT
## CONSENT TO TELECONFERENCING OF ARRAIGNMENT

I, the Defendant named above, have been advised that Federal Rule Criminal Procedure 10 provides that I have the right to be present, in-person, in open court at my arraignment on the Indictment or Information filed in this case. I have also been advised that Rule 10 also provides for an arraignment to take place by video teleconferencing if I consent. Further, I hereby affirm that I have received a copy of the Indictment or Information in this case.

__X__ I consent to waive (give up) my right to be present at my arraignment in open court, knowing that my plea will be entered in my absence, and I hereby plead NOT GUILTY TO THE CHARGE(S) AGAINST ME.

__X__ I consent to have my arraignment conducted by video teleconference in this case.

X _Thomas Thornton_                    _Jamera Leaver_
SIGNATURE OF DEFENDANT                 SIGNATURE OF DEFENSE COUNSEL

X _1/11/2021_                          _01/11/2021_
DATE                                    DATE

Under the circumstances set forth above:

__X__ The Court hereby accepts as voluntary the waiver of the defendant to his personal appearance in open court for his arraignment in order to enter his plea of NOT GUILTY.

__X__ The Court hereby accepts as voluntary the consent of the defendant to the video teleconferencing of his arraignment.

_____
UNITED STATES MAGISTRATE JUDGE

1/11/21
DATE