MJStar Reporting: INITIAL APPEARANCE, Length of Hearing(minutes): _____
ARRAIGNMENT, Length of Hearing (minutes): 3 min

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS

United States of America

v.

Case No.: 4:20CR00322-01 SWW

Thomas Thornton

**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

JAN 11 2021

JAMES W. McCORMACK, CLERK
By: _____ DEP CLERK

## PLEA AND ARRAIGNMENT REPORT

Plea Date: 1/11/2021
Continued Until: _____
Reason for continuance _____

Deft is _X_ is not ___ in custody
___ Deft did not appear
___ Clerk to issue warrant

### COUNSEL

Assistant U. S. Attorney: **Bart Dickinson**
Defense Counsel: Pamela Deaver (FPD) (Appointed)/ Retained
Interpreter's Name: _____

### PLEA

TRIAL BEFORE DISTRICT COURT         CONSENTS TO TRIAL BEFORE MAGST.

Not Guilty _X_                       Not Guilty _____
Guilty (indicates desire) _____    Guilty _____
Nolo Contendere (desire) _____     Nolo Contendere _____

_X_ Demands Trial by Jury            ___ Waives Jury Trial
                                     Deft agrees _____
                                     Govt agrees _____

### BAIL

Bail Set at: Detained  By: JTK  Date: 1/11/21

Bail Changed to: _____  By: _____  Date: _____

Number of Days estimated for Trial: **2 days**
Estimated Trial Date: **2/22/2021 @ 9:30 a.m., before the Honorable Judge Susan Webber Wright in Room A530. All Pretrial Motions to be filed within the time specified within the Pretrial Discovery Order, to be entered forthwith.**

Other: _____

**DATE: 1/11/2021**       SO ORDERED: _____
                          U. S. MAGISTRATE JUDGE