IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | | PLAINTIFF |
| V. | Case No. 4:20-cr-00322-SWW-1 | |
| THOMAS THORNTON | | DEFENDANT |

## ORDER OF DETENTION

Defendant appeared today with counsel for plea and arraignment. Defendant reserved the right to a bond hearing. The parties shall contact the Courtroom Deputy should they decide to schedule a hearing. Accordingly, the Defendant is detained in the custody of the United States Marshal.

While detained, the Defendant must be afforded a reasonable opportunity to consult privately with defense counsel in person, by telephone, and by video conferencing, if feasible. Further, on order of the United States Court or on request of an attorney for the Government, the person in charge of the corrections facility must deliver the Defendant to the United States Marshal for a court appearance.

IT IS SO ORDERED this 11th day of January, 2021.

_____
UNITED STATES MAGISTRATE JUDGE