AO 442 (Rev. 01/09) Arrest Warrant

## UNITED STATES DISTRICT COURT
### Eastern District of Arkansas

**FILED**
U. S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

JAN 11 2021

**JAMES W. McCORMACK, CLERK**
By:_____
DEP CLERK

United States of America

v.

Case No.:  4:20CR00322-01 SWW

Thomas Thornton

*Defendant*

## ARREST WARRANT

To:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*                                **Thomas Thornton**

who is accused of an offense or violation based on the following document filed with the court:

[X] Indictment      ☐ Superseding Indictment      ☐ Information      ☐ Superseding Information      ☐ Complaint

☐ Probation Violation Petition      ☐ Supervised Release Violation Petition      ☐ Violation Notice      ☐ Order of the Court

This offense is briefly described as follows: **18 U.S.C.§922(g) Possession of a Firearm or ammunition by a felon, 21 U.S.C. §841(a) Possession with Intent to Distribute Methamphetamine (less than 50 grams), 18 U.S.C. §924(c) Possession of a firearm in furtherance of a drug trafficking crime, as further explained in the attached documents.**

Date:  November 5, 2020

_____
*Issuing officer's signature*

City and state:    Little Rock, Arkansas

**JAMES W. MCCORMACK, CLERK**
*Printed name and title*

| Return |
| --- |

This warrant was received on *(date)* 11/5/2020, and the person was arrested on *(date)* 1/8/2021
at *(city and state)* LR, AR.

Date: 1/8/2021

TFO Jac Haw by CM
*Arresting officer's signature*

TFO J. Harris by C. Young
*Printed name and title*