### IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS

**UNITED STATES OF AMERICA**

**VS**  Case No.  **4:20CR-000322-SWW-1-03**

**THOMAS THORNTON**

ENTRY OF APPEARANCE

Jimmy C. Morris, Jr gives this Court notice that he has been retained for the representation herein and thereby seeks the same to be enrolled as such relieving all other counsel which may have been involved in this matter.

Respectfully Submitted,

_/s/ Jimmy C. Morris, Jr_
Jimmy C. Morris, Jr, Ar Bar No. 2007134
221 W. 2nd Street, Suite 630
Little Rock, AR 72201
P | (501) 319-7647
F | (501) 423-2000
Email: j.c.morrisatty@gmail.com

CERTIFICATE OF SERVICE

I, hereby certify that on February 8, 2021, I electronically filed the foregoing with the Clerk of the Court using CM/ECF system, which shall send notification of such filing to all counsel of record.

_/s/ Jimmy C. Morris, Jr_
Jimmy C. Morris, Jr.