## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

**UNPITED STATES OF AMERICA**

VS.                                    CASE NO.    4:20CR-000322-SWW-1-03

**THOMAS THORNTON**

### UNOPPOSED MOTION FOR CONTINUANCE

Comes now the Defendant, Thomas Thornton, through his counsel, and for his Motion For Continuance states as follows:

1. This matter is presently set for *TRIAL* Monday, the 8th day of November 2021.

2. Defendant requests an Order continuing this case from its present trial setting to allow additional time to facilitate plea negotiations and or preparations for trial.

3. The Government has stated it has no objections to the continuance.

4. This Motion is brought in good faith and not for the purpose of delay or for any other improper purpose.

WHEREFORE, Defendant, Thomas Thornton prays that the Court enter an Order continuing this case for trial at a later date and for all other just and proper relief.

Respectfully submitted,

**DEFENDANT THOMAS THORNTON**

Jimmy C. Morris, Jr   # 2007134
Morris Law Firm
221 W. 2nd Street, Suite 630
Little Rock, AR 72201
(501) 319-7647
(501) 423-2000
Email: j.c.morrisatty@gmail.com