# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

UNITED STATES OF AMERICA                                                          PLAINTIFF

vs.                                           4:20-CR-00322  SWW

THOMAS THORNTON                                                                      DEFENDANT

### ORDER

The Court has determined that the jury trial shall be moved to **_TUESDAY, DECEMBER 14, 2021 AT 1:00 P.M. IN COURTROOM #4A_** to allow for spacing of jurors reporting for multiple cases.

IT IS SO ORDERED this 3rd day of December, 2021.

/s/ Susan Webber Wright
_____
UNITED STATES DISTRICT JUDGE