IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 4:20 CR 00322-SWW |
| | ) | |
| THOMAS THORNTON | ) | |

**UNITED STATES' NOTICE OF INTENT TO OFFER EXPERT TRIAL TESTIMONY**

The United States of America by Johnathan D. Ross, United States Attorney for the Eastern District of Arkansas, and Bart Dickinson, Assistant U.S. Attorney for said district, for its notice of intent to offer expert trial testimony, states the following:

At trial, the United States intends to call the following expert witnesses, who will testify as follows:

1. Forensic Chemist Li C Chen, Arkansas State Crime Lab. Ms. Chen will testify about her education and training, and about her work experience as a forensic chemist. Ms. Chen will testify regarding receipt of the drug evidence in this matter in connection with the seizure during the April 8, 2020, offense charged in Count 2 of the Indictment, her weighing and testing of it, the test results, and repackaging the drug evidence following completion of the testing. Counsel for the defendant has been provided with a copy of Ms. Chen's curriculum vitae and the chemical analysis report summarizing the anticipated testimony of the forensic chemist at trial. Ms. Chen can be reached at (501) 227-5747.

2. Little Rock Police and Bureau of Alcohol, Tobacco, Firearms, and Explosives, (ATF), Task Force Officer, Ian Ward. Officer Ward has been employed with law enforcement since 2004. Officer Ward has been assigned as an ATF task force officer since 2016. Prior to serving as a task force officer, Officer Ward was a narcotics detective from 2013 to 2016. Officer

Ward has been involved in numerous investigations relating to narcotics trafficking and firearms in Little Rock and the surrounding area for the last 18 years. Officer Ward has completed officer training as well as specific training courses in narcotics investigations. Officer Ward is an instructor for the Criminal Justice Institute since 2015 teaching law enforcement classes involving narcotics investigations.

Officer Ward is expected to testify, based on his training and experience, about commonly sold user amounts of methamphetamine in Little Rock. Officer Ward will testify from his training and experience about the connection between the sale of drugs and the possession of firearms and why individuals who sell drugs may possess firearms to protect themselves, their money, and their drugs. Counsel for the defendant has been provided with a copy of Officer Ward's curriculum vitae, and he is available to answer questions about his background and experience qualifying him as an expert witness in this case, as well as his anticipated testimony. Officer Ward may be contacted at the ATF Office, Little Rock District Office, at 501-324-6181.

3. ATF Special Agent Edwin Starr. Special Agent Starr will testify to his analysis and examination of the firearm and may testify to his training and experience in analyzing and examining ammunition and firearms for the United States Department of Justice as a Special Agent for the Bureau of Alcohol, Tobacco, Firearms, and Explosives. Counsel for the defendant has been provided with a Report of Investigation outlining the examination of a firearm that is the basis for the charge that was drafted by Special Agent Starr. A copy of the curriculum vitae for Special Agent Starr was provided to defense counsel. Special Agent Starr may be contacted at the ATF Office, Little Rock District Office, at 501-324-6181.

Respectfully submitted,

JONATHAN D. ROSS
UNITED STATES ATTORNEY


By: Bart Dickinson
Assistant U.S. Attorney
Bar No. 2006050
P.O. Box 1229
Little Rock, AR 72203
501-340-2600
Bart.Dickinson@usdoj.gov