IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO.   4:20-CR-00322 - SWW |
| | ) | |
| THOMAS THORNTON | ) | |

### UNITED STATES' NOTICE OF ENTRY OF APPEARANCE

The undersigned counsel for the United States hereby makes an entry of appearance in the above captioned matter.

Respectfully submitted,

JONATHAN D. ROSS
UNITED STATES ATTORNEY

By:   Chris Givens
Bar. 2009194
Assistant U.S. Attorney
P.O. Box 1229
Little Rock, AR 72203
501-340-2600
Chris.Givens@usdoj.gov