IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| v. | ) No. 4:29-CR-00322-SWW |
| THOMAS THORNTON | ) |

**JOINT STIPULATION TO FACTS AND EVIDENCE**

The United States of America, by and through its Attorney, Johnathan D. Ross, United States Attorney for the Eastern District of Arkansas, and Bart Dickinson and Chris Givens Assistant United States Attorney's for said district, and Jimmy Morris, counsel for Thomas Thornton, for this Joint Motion respectfully state:

1. The parties stipulate that prior to April 8, 2020, the defendant, Thomas Thornton, had previously and knowingly been convicted of a felony offense and crime punishable by a term of imprisonment exceeding one year.

Respectfully submitted,

Johnathan D. Ross
United States Attorney

Bart Dickinson
Ark. Bar No. 98143
Assistant United States Attorney
501-340-2600
Bart.dickinson@usdoj.gov