IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
**FILED**
DEC 15 2021
IN OPEN COURT
TAMMY H. DOWNS
By: _____
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA | * |
| vs. | * NO. 4:20-CR-00322-SWW |
| THOMAS THORNTON | * |

## VERDICT – COUNT 1

On the charge crime of being a felon in possession of a firearm, as charged in Count 1 of the Indictment, we, the jury, find the defendant Thomas Thornton:

_____Guilty_____
(Enter Guilty or Not Guilty)

███████████████
FOREPERSON

12/15/21
DATE

# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | * |
| | * |
| vs. | *   NO. 4:20-CR-00322-SWW |
| | * |
| THOMAS THORNTON | * |

## VERDICT – COUNT 2

On the charge of possession of methamphetamine with intent to distribute, a Schedule II controlled substance, as set out in Count 2 of the Indictment, we, the jury, find the defendant Thomas Thornton:

_____Guilty_____
(Enter Guilty or Not Guilty)

FOREPERSON

__12/15/21__
DATE

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | * |
| vs. | * NO. 4:20-CR-00322-SWW |
| THOMAS THORNTON | * |

### VERDICT – COUNT 3

On the charge of possession of a firearm in furtherance of a drug trafficking crime (Count 2 of the Indictment), as set out in Count 3 of the Indictment, we, the jury, find the defendant Thomas Thornton:

_Guilty_
(Enter Guilty or Not Guilty)

_____
FOREPERSON

12/15/21
DATE