```
                                    U.S. DISTRICT COURT
                                  EASTERN DISTRICT ARKANSAS
                                          FILED
```

IN THE UNITED STATES DISTRICT COURT        DEC 15 2021
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION                           IN OPEN COURT
                                           TAMMY H. DOWNS
                                       By: _____
                                           DEPUTY CLERK

UNITED STATES OF AMERICA                                              PLAINTIFF

v.                          NO. 4:20-cr-00322-SWW

THOMAS THORNTON                                                       DEFENDANT

## CERTIFICATE OF RECEIPT

The government's original exhibits received into evidence during the trial in this matter returned to counsel for the United States on this 15th day of December 2021.

Received by _____