UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

United States of America                                                                                           Plaintiff

v.                                          Case No.: 4:20−cr−00322−SWW

Thomas Thornton                                                                                                 Defendant

## NOTICE OF HEARING

    PLEASE take notice that a Sentencing has been set in this case for May 20, 2022, at 11:00 AM before Judge Susan Webber Wright in Little Rock Courtroom # 2D in the Richard Sheppard Arnold United States Courthouse located at 600 West Capitol Avenue, Little Rock, Arkansas.

**DATE:** March 9, 2022                                        AT THE DIRECTION OF THE COURT
                                                               TAMMY H. DOWNS, CLERK

                                                               **By:** Laura J. Bichlmeier, Deputy Clerk


Electronic copy provided to:

U.S. Marshals Service, Eastern District of Arkansas
U.S. Probation Office, Eastern District of Arkansas
Court Security Office, Eastern District of Arkansas