## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS

**United States of America**                                                                 **Plaintiff**

**v.**                          **Case No.: 4:20−cr−00322−SWW**

**Thomas Thornton**                                                                           **Defendant**

---

## NOTICE OF HEARING

    PLEASE take notice that a Sentencing has been set in this case for August 5, 2022, at 11:30 AM before Judge Susan Webber Wright in Little Rock Courtroom # 2D in the Richard Sheppard Arnold United States Courthouse located at 600 West Capitol Avenue, Little Rock, Arkansas.

**DATE:** May 20, 2022                                   AT THE DIRECTION OF THE COURT
                                                        TAMMY H. DOWNS, CLERK


                                                        **By:** Laura J. Bichlmeier, Deputy Clerk



Electronic copy provided to:

U.S. Marshals Service, Eastern District of Arkansas
U.S. Probation Office, Eastern District of Arkansas
Court Security Office, Eastern District of Arkansas