U. S. COURT OF APPEALS - EIGHTH CIRCUIT
NOA SUPPLEMENT

# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS

Please note any additions or deletions to the style of the case from the style listed on the docket sheet (or attach an amended docket sheet with the final style of case)

Date: 8/23/2022

**Caption:** USA v. Thornton

**Case No.:** 4:20-cr-00322-SWW

**Appellant:** Thomas Thornton

**Appellant's Attorney(s):** Pro Se

**Appellees:** USA

**Appellee's Attorney(s):** Bart Dickinson, Chris Givens

**Court Reporter(s):** Stephen Franklin, Karen Dellinger

**Name of Person who prepared appeal:** Forrest Dunn, Deputy Clerk (501-604-5341)

| Length of Trial (# of days) | Fee Paid? Y/N: | IFP Granted? Y/N | Pending IFP Motion Pending? Y/N |
|---|---|---|---|
| 2 | | Y | |

| Counsel Retained/Appointed/Pro Se | Pending Motions? Y/N |
|---|---|
| Pro Se | N |

**CRIMINAL CASES ONLY:**

**Is defendant incarcerated?** Y

**Where?** In transit - currently at Miller County Jail

**Address of Defendant:** 2300 East Street, Texarkana, AR 71854

**Please list all other defendants in this case if there were multiple defendants:**

**Special Comments:** Notice of Appeal filed by Clerk's Office on behalf of defendant pursuant to [48] Order.