# United States Court of Appeals
*For The Eighth Circuit*

Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
**St. Louis, Missouri 63102**

**Michael E. Gans**
*Clerk of Court*

VOICE (314) 244-2400
FAX (314) 244-2780
www.ca8.uscourts.gov

August 24, 2022

Mr. Jimmy C. Morris Jr.
MORRIS LAW FIRM
Suite 630
221 W. Second Street
Little Rock, AR  72201

4:20-cr-00322-SWW

RE:  22-2790  United States v. Thomas Thornton

Dear Counsel:

The district court has transmitted a notice of appeal and docket entries in this criminal matter, and we have docketed them under the caption and case number shown above. Please include the caption and the case number on all correspondence or pleadings submitted to the court.

Counsel in the case must supply the clerk with an Appearance Form. Counsel may download or fill out an Appearance Form on the "Forms" page on our web site at www.ca8.uscourts.gov.

The district court has informed us that the $505 docketing and filing fees have not been paid in the case, and you must either pay them immediately or file a motion with the district court seeking permission to proceed in forma pauperis. Your duties as counsel are defined by Eighth Circuit Rule 27B and the Eighth Circuit's Plan to Expedite Criminal Appeals. Please review these materials which are on the "Rules and Publications" page of our web site.

The court has established a briefing schedule for the case, a copy of which will be forwarded under separate notice of docket activity. Please review the schedule and note the key filing dates. You should also review Federal Rules of Appellate Procedure 28 and 32, as well as Eighth Circuit Rules 28A and 32A. Useful information about briefing and the record on appeal can be found at these links:

media.ca8.uscourts.gov/newcoa/notes/redactcr-egov.pdf
media.ca8.uscourts.gov/newcoa/forms/crbrchk.pdf
media.ca8.uscourts.gov/newcoa/forms/crrecord.pdf

Please note that the court has eliminated the requirement for a clerk's record in criminal appeals, effective January 1, 2013. Record references to the district record made in pleadings and briefs filed in this court must be to the district court docket. For example, if the motion to suppress is district court docket number 11 and a party wishes to reference page 7 of the motion to suppress, the reference in the brief should be in the format: (R. Doc. 11, at p.7). Transcript references should be to Volume and page number (TR., Vol. 1, p. 123). Exhibit references should be to the exhibit label attached in the district court proceedings: (Government Exh. 1, page 3; Defense Exh. C, page 4). References to the Presentence Investigation Report should be to page number: (PSR, p.17). Additional information should be provided whenever it is necessary to clearly identify a document and avoid confusion.

Paper copies of transcripts, Statements of Reasons, Presentence Investigation Reports and exhibits will be still forwarded from the district court to the circuit clerk's office, and counsel should check with the district court clerk's office to assure that all necessary materials are transmitted on a timely basis.

If a transcript will be required for the appeal, you should immediately contact the official court reporter and take steps to order the transcripts and arrange for payment for their production.

The court has directed the clerk's office to monitor and enforce compliance with the briefing schedule. Failure to meet the briefing deadlines will result in the issuance of an order to show cause and may lead to dismissal of the appeal, as well as the initiation of disciplinary proceedings. Requests for extensions of time must be filed on a timely basis and should establish good cause. Overlength briefs are strongly discouraged.

On June 1, 2007, the Eighth Circuit implemented the appellate version of CM/ECF. Electronic filing is now mandatory for attorneys and voluntary for pro se litigants proceeding without an attorney. Information about electronic filing can be found at the court's web site www.ca8.uscourts.gov. In order to become an authorized Eighth Circuit filer, you must register with the PACER Service Center at https://www.pacer.gov/psco/cgi-bin/cmecf/ea-regform.pl. Questions about CM/ECF may be addressed to the Clerk's office.

If you have any questions about the schedule or procedures for the case, please contact our office.

        Michael E. Gans
        Clerk of Court

CMH

Enclosure(s)

cc:    Ms. Karen Dellinger
       Mr. Bart Dickinson
       Ms. Tammy H. Downs
       Mr. Stephen W. Franklin
       Mr. Chris Givens
       Mr. Thomas Thornton

    District Court/Agency Case Number(s):   4:20-cr-00322-SWW-1

**Caption For Case Number:   22-2790**

United States of America

       Plaintiff - Appellee

v.

Thomas Thornton

       Defendant - Appellant

**Addresses For Case Participants:   22-2790**

Mr. Jimmy C. Morris Jr.
MORRIS LAW FIRM
Suite 630
221 W. Second Street
Little Rock, AR  72201

Ms. Karen Dellinger
RICHARD SHEPPARD ARNOLD U.S. COURTHOUSE
C-115
500 W. Capitol Avenue
Little Rock, AR  72201

Mr. Bart Dickinson
U.S. ATTORNEY'S OFFICE
Eastern District of Arkansas
425 W. Capitol Avenue
P.O. BOX 1229
Little Rock, AR  72203

Ms. Tammy H. Downs
U.S. DISTRICT COURT
Eastern District of Arkansas
Room A149
600 W. Capitol Avenue
Little Rock, AR  72201-0000

Mr. Stephen W. Franklin
U.S. DISTRICT COURT
Eastern District of Arkansas
Room A149
600 W. Capitol Avenue
Little Rock, AR  72201-0000

Mr. Chris Givens
U.S. ATTORNEY'S OFFICE
Eastern District of Arkansas
425 W. Capitol Avenue
P.O. BOX 1229
Little Rock, AR  72203

Mr. Thomas Thornton
MILLER COUNTY CORRECTIONAL FACILITY
24768-509
2300 East Street
Texarkana, AR  71854-0000

# Forrest Dunn

| | |
|---|---|
| **From:** | ca08ml_cmecf_Notify@ca8.uscourts.gov |
| **Sent:** | Wednesday, August 24, 2022 10:55 AM |
| **Subject:** | 22-2790 United States v. Thomas Thornton "CRIMINAL case docketed" (4:20-cr-00322-SWW-1) |

***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing.

**Eighth Circuit Court of Appeals**

**Notice of Docket Activity**

The following transaction was filed on 08/24/2022

**Case Name:**    United States v. Thomas Thornton
**Case Number:**  22-2790
**Document(s):**  Document(s)

**Docket Text:**
CRIMINAL case docketed. [5190823] [22-2790] (Crystal Henderson)

**Notice will be electronically mailed to:**

Ms. Karen Dellinger, Court Reporter: Karen_Dellinger@ared.uscourts.gov, kdell619@yahoo.com
Mr. Bart Dickinson, Assistant U.S. Attorney: bart.dickinson@usdoj.gov, corey.taylor@usdoj.gov, stephanie.mazzanti@usdoj.gov, john.webster@usdoj.gov, leslie.bright@usdoj.gov
Ms. Tammy H. Downs, Clerk of Court: ared_appeals@ared.uscourts.gov
Mr. Stephen W. Franklin: stephen_franklin@ared.uscourts.gov, sfranklinusdc@aol.com
Mr. Chris Givens: Chris.Givens@usdoj.gov, sonya.jeffords2@usdoj.gov, stephanie.mazzanti@usdoj.gov, john.webster@usdoj.gov, leslie.bright@usdoj.gov
Mr. Jimmy C. Morris, Jr.: j.c.morrisatty@gmail.com

**Notice will be mailed to:**

Mr. Thomas Thornton
24768-509
MILLER COUNTY CORRECTIONAL FACILITY
2300 East Street
Texarkana, AR 71854-0000

The following document(s) are associated with this transaction:
**Document Description:** Criminal Fee Status Letter
**Original Filename:** /opt/ACECF/live/forms/CrystalHenderson_222790_5190823_CriminalFeeStatusLetters_117.pdf

**Electronic Document Stamp:**
[STAMP acecfStamp_ID=1105112566 [Date=08/24/2022] [FileNumber=5190823-0]
[cb81b342076364f71d54f0003548f7417d994b9074b7e62ec674c1677ccdfcbfee67c01e65e7d3a267edb9fdd6788c48832
35a44fe23803af6a66b041202c01b]]
**Recipients:**

- Ms. Karen Dellinger, Court Reporter
- Mr. Bart Dickinson, Assistant U.S. Attorney
- Ms. Tammy H. Downs, Clerk of Court
- Mr. Stephen W. Franklin
- Mr. Chris Givens
- Mr. Jimmy C. Morris, Jr.
- Mr. Thomas Thornton

The following information is for the use of court personnel:


**DOCKET ENTRY ID:** 5190823
**RELIEF(S) DOCKETED:**
**DOCKET PART(S) ADDED:** 7103675, 7103676, 7103677

2

## UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT

## CRIMINAL APPEAL BRIEFING SCHEDULE

Appeal No.    22-2790   United States v. Thomas Thornton

Date:    August 24, 2022

Briefing in criminal appeals is governed by Eighth Circuit's Plan to Expedite Criminal Appeals. Counsel should also review the provisions of Eighth Circuit Rule 27B.

### APPEAL REQUIREMENTS

1. On January 1, 2013, the court eliminated the clerk's record as the form for the record on appeal in criminal cases. Instead, the court will review the electronic version of the pleadings and orders maintained by the district court on its official docket. The remainder of the record materials required for appellate review of the case - transcripts, exhibits, Statements of Reasons, Presentence Investigation Reports and any other items not accessible from the electronic docket - will still be forwarded in paper format for the court's use. Dates are established for transmittal of these paper documents. Directions for citation to the district court electronic docket and other documents are provided in the docketing letter sent with this schedule. Failure to follow these citation directions may result in the rejection of your brief. Questions should be addressed to the circuit court clerk's office.

2. Please order any transcripts immediately. If the appeal is proceeding in forma pauperis, requests for and payments of transcripts shall be processed through the district court's eVoucher system.

3. If you were retained for the district court proceedings and the defendant is unable to bear the cost of the appeal, a motion for leave to proceed in forma pauperis should be filed with the district court. Counsel cannot be appointed and a transcript cannot be provided at government expense unless the defendant obtains IFP status.

4. As this case was tried in three days or less, the court reporter shall file the transcript within 21 days of filing the notice of appeal.

5. Review "Briefing Checklist" and "Pointers on Preparing Briefs" at: www.ca8.uscourts.gov/appeal-preparation-information . Please note appellant's brief must include a copy of the Judgment and Commitment Order in the Addendum.

6. The government must file a single brief in multiple-defendant appeals.

## GENERAL INFORMATION

The following filing dates are established for the appeals. Dates are only extended upon the filing of a timely motion establishing good cause. An order extending the time for filing a brief also extends the filing date for the responding or replying party's brief. Filing dates can also be accelerated if a party files its brief before the due date. Please refer to FRAP 25, FRAP 26 and FRAP 31 for provisions governing filing and service. You may find the Federal and Eighth Circuit rules, as well as practice aids, at: www.ca8.uscourts.gov/rules-procedures.

### FILING DATES:

Transcript . . . . . . . . . . .. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **09/13/2022**
  **( Karen Dellinger, Stephen W. Franklin )**

PSI Report . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **09/13/2022**

Appellant's Brief (with addendum). . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .. . . . . **09/27/2022**
  **( Thomas Thornton )**

Appellee's Brief. . . . . . . . . . . . . . . . . . . . . . . . . . . **21 days from the date the court issues the Notice of Docket Activity filing the brief.**

Appellant's Reply Brief . . . . . . . . . . . . . . . . . . . . . . **.7 days from the date the court issues the Notice of Docket Activity filing the brief.**

**ALL BRIEFS AND APPENDICES SHOULD BE
FILED WITH THE ST. LOUIS OFFICE**

# Forrest Dunn

| | |
|---|---|
| **From:** | ca08ml_cmecf_Notify@ca8.uscourts.gov |
| **Sent:** | Wednesday, August 24, 2022 11:32 AM |
| **Subject:** | 22-2790 United States v. Thomas Thornton "Criminal 3 day briefing schedule" (4:20-cr-00322-SWW-1) |

***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing.

**Eighth Circuit Court of Appeals**

**Notice of Docket Activity**

The following transaction was filed on 08/24/2022

**Case Name:**   United States v. Thomas Thornton
**Case Number:**   22-2790
**Document(s):**   Document(s)

**Docket Text:**
CRIMINAL BRIEFING SCHEDULE SET AS FOLLOWS: PSI report due 09/13/2022. Transcript due 09/13/2022. Brief of appellant Thomas Thornton due 09/27/2022. Appellee(s) brief is due 21 days from the date the court issues the Notice of Docket Activity filing the appellant(s) brief. Appellant reply brief is due 7 days from the date the court issues the Notice of Docket Activity filing the appellee's brief. [5190873] [22-2790] (Crystal Henderson)

**Notice will be electronically mailed to:**

Ms. Karen Dellinger, Court Reporter: Karen_Dellinger@ared.uscourts.gov, kdell619@yahoo.com
Mr. Bart Dickinson, Assistant U.S. Attorney: bart.dickinson@usdoj.gov, corey.taylor@usdoj.gov, stephanie.mazzanti@usdoj.gov, john.webster@usdoj.gov, leslie.bright@usdoj.gov
Ms. Tammy H. Downs, Clerk of Court: ared_appeals@ared.uscourts.gov
Mr. Stephen W. Franklin: stephen_franklin@ared.uscourts.gov, sfranklinusdc@aol.com
Mr. Chris Givens: Chris.Givens@usdoj.gov, sonya.jeffords2@usdoj.gov, stephanie.mazzanti@usdoj.gov, john.webster@usdoj.gov, leslie.bright@usdoj.gov
Mr. Jimmy C. Morris, Jr.: j.c.morrisatty@gmail.com

**Notice will be mailed to:**

Mr. Thomas Thornton
24768-509
MILLER COUNTY CORRECTIONAL FACILITY
2300 East Street
Texarkana, AR 71854-0000

The following document(s) are associated with this transaction:
**Document Description:** Briefing Schedule
**Original Filename:** /opt/ACECF/live/forms/CrystalHenderson_222790_5190873_Criminal3DayBriefingSchedules_206.pdf
**Electronic Document Stamp:**
[STAMP acecfStamp_ID=1105112566 [Date=08/24/2022] [FileNumber=5190873-0]
[14f47b5cb09e29227098cd9e53e40ac3a47d6a815d76f6445999a3ae870e5e0af3f8a289342e73aba873a034eaa7c2cb70c5346e26c9f6331a82c00381033ef8]]
**Recipients:**

- Ms. Karen Dellinger, Court Reporter
- Mr. Bart Dickinson, Assistant U.S. Attorney
- Ms. Tammy H. Downs, Clerk of Court
- Mr. Stephen W. Franklin
- Mr. Chris Givens
- Mr. Jimmy C. Morris, Jr.
- Mr. Thomas Thornton

The following information is for the use of court personnel:


**DOCKET ENTRY ID:** 5190873
**RELIEF(S) DOCKETED:**
**DOCKET PART(S) ADDED:** 7103765, 7103766

2