RE: 4:20-cr-00322-SWW   USA v. Thomas Thornton

I've filed for Forma Pauperis on Aug 5th 2022 in Judge S.W. Wright court. The United States Court of Appeals 8th Circuit sent me a letter saying I haven't done so. I need to get the form filed or refiled as soon as possiable. Judge Wright said I was more than likely indigent which she is correct And I was suppose to have another Attorney hired by the government because I was not going to use my other Atty. Please forward to Whom it may concern

Thank you
Thomas Thornton

I did Ask for a Attorney
Please notify me of who my Attorney is as well.

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

SEP 02 2022

TAMMY H. DOWNS, CLERK
By: _____
DEP CLERK