# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | * * * |
| V. | * CASE NO. 4:20CR00322 SWW |
| | * * |
| THOMAS THORNTON | * * |

## ORDER

Before the Court is Defendant Thomas Thornton's motion seeking leave to proceed on appeal *in forma pauperis* (ECF No. 53). Based on information provided in Mr. Thornton's financial affidavit submitted on August 22, 2022 (ECF No. 45), the Court finds he qualifies for *in forma pauperis* status, and the motion (*Doc. 53*) is therefore GRANTED.

Mr. Thornton's attorney of record, Jimmy C. Morris, Jr., is directed to provide his client, Mr. Thornton, a copy of this order.

IT IS SO ORDERED this 2nd day of September, 2022.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE