United States District Court
Eastern District of Arkansas
Central Division

United States of America                                                                 Plaintiff

v.                              Case No. 4:20-cr-00322-SWW

Thomas Thornton                                                                         Defendant

### Motion for an Order to Transcribe Sealed Proceedings

1. On August 22, 2022, the Court entered the judgment in this criminal case. (R. Doc. 46).

2. On August 23, 2022, the Court entered an order directing the Clerk of the Court file a notice of appeal on behalf of the Defendant, Thomas Thornton, and the Clerk of the Court filed that notice on the same date. (R. Doc. 48; R. Doc. 49).

3. Jimmy C. Morris, Jr., Thomas Thornton's attorney of record, has requested that the Court Reporter transcribe the proceedings in this case for the purpose of prosecuting Thomas Thornton's appeal. On August 5, 2022, proceedings took place in this case that are sealed, and the Court Reporter cannot transcribe those proceedings unless this Court enters an order directing the transcribing of the August 5, 2022 proceedings. This motion is a request that this Court enter an order directing the Court Reporter to transcribe the August 5, 2022 proceedings.

Respectfully submitted,

Jimmy C. Morris, Jr.
Bar Number 2007134

Attorney for the Defendant,
Thomas Thornton
Morris & Associates, PA
221 West Second Street, Suite 630
Little Rock, Arkansas 72201-2587
Telephone: (501) 960-6634
E-mail: j.c.morrisatty@gmail.com