# TRANSMITTAL SHEET

**TO:**     Clerk, USCA 8          **DATE:** 9/16/2022

**FROM:**     U.S. District Court Clerk
Eastern District of Arkansas
Little Rock, Arkansas

**APPEAL NO:** 22-2790

**DISTRICT COURT NO.** 4:20-cr-00322-SWW

**TRANSMITTED HEREWITH:**

_____

**VOLUME:** _____

Transcript

      Volume and Date: _____
      Volume and Date: _____
      Volume and Date: _____

In Camera Documents

      Copies of Presentence Investigation Report, Statement of Reasons _____
_____
_____

Exhibits

      Plaintiff(s) _____
      Defendant(s) _____
      Joint _____

**COMMENTS:**
_____
*************************************************************************
### USCA 8 ACKNOWLDGMENT

RECEIPT

By: _____
    Deputy Clerk