# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| | * | |
| | * | |
| **V.** | * | **CASE NO. 4:20CR00322 SWW** |
| | * | |
| | * | |
| **THOMAS THORNTON** | * | |

# ORDER

Before the Court is Defendant Thomas Thornton's motion requesting that the Court authorize the court reporter to transcribe the sealed portion of Defendant's sentencing hearing held on August 5, 2022. The motion (*Doc. 55*) is GRANTED. The court reporter is authorized to transcribe the sealed portion of the sentencing hearing, solely for Defendant and his attorney.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE