From: Thomas D. Thornton  4:20-cr-00322 SWW  SEPT. 12th

22-2790

RE: Conflict of Interest

I would like to be represented by another Counsel on my Appeal. I was also informed by Hon. Judge S.W. Wright that I would be represented by different Counsel that the Gov. would pay for due to me being Indigent. I do not feel that Atty: Jimmy C. Morris Jr. Will be Affective in Filing my Appeal, So I'm Asking to be granted another Counsel by the Courts. Please inform the Judge.

Thank You

**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

SEP 1 9 2022

TAMMY H. DOWNS, CLERK
By:_____
DEP CLERK