# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | * |
| | * |
| | * |
| **V.** | *  CASE NO. 4:20CR00322 SWW |
| | * |
| | * |
| **THOMAS THORNTON** | * |

## ORDER

Before the Court is Defendant Thomas Thornton's *pro se* motion, filed on September 19, 2022, seeking appointment of new counsel to represent him on appeal. *Doc. 58*. Because this case is currently pending before the United States Court of Appeals for the Eighth Circuit, the Court directs the Clerk of the Court to forward Mr. Thornton's motion to the Eighth Circuit for a ruling.

IT IS SO ORDERED this 30th day of September, 2022.

/s/Susan Webber Wright
UNITED STATES MAGISTRATE JUDGE