# TRANSMITTAL SHEET

**TO:**  Clerk, USCA 8  **DATE:** 9/30/2022

**FROM:**  U.S. District Court Clerk
Eastern District of Arkansas
Little Rock, Arkansas

**APPEAL NO:** 22-2790

**DISTRICT COURT NO.** 4:20-cr-00322-SWW

**TRANSMITTED HEREWITH:** _____

**VOLUME:** _____

Transcript

Volume and Date: [59] Attempted Sentencing hearing
Volume and Date: _____
Volume and Date: _____

In Camera Documents

_____
_____
_____

Exhibits

Plaintiff(s) _____
Defendant(s) _____
Joint _____

**COMMENTS:** _____

********************************************************************

**USCA 8 ACKNOWLDGMENT**

RECEIPT

By: _____
    Deputy Clerk