# TRANSMITTAL SHEET

**TO:**  Clerk, USCA 8            **DATE:** 10/27/2022

**FROM:**  U.S. District Court Clerk
Eastern District of Arkansas
Little Rock, Arkansas

**APPEAL NO:** 22-2790

**DISTRICT COURT NO.** 4:20-cr-00322-SWW

**TRANSMITTED HEREWITH:**

**VOLUME:**

Transcript

Volume and Date: [65] Sealed Transcript, [66] Sentencing Hearing
Volume and Date: [67] Jury Trial - Volume 1
Volume and Date: [68] Jury Trial - Volume 2

In Camera Documents

Exhibits

Plaintiff(s) _____
Defendant(s) _____
Joint _____

**COMMENTS:**

*************************************************************************
**USCA 8 ACKNOWLDGMENT**

RECEIPT

By: _____
Deputy Clerk